# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GREGORY THOMAS,

      Appellant

      v.

TOM CORBETT, ET AL., GOVERNOR OF
PENNSYLVANIA, JOHN E. WETZEL, ET
AL., SECRETARY OF CORRECTIONS,
SHIRLEY R. MOORE SMEAL, DEPUTY
SECRETARY OF CORRECTIONS, HIS
POLICY EXECUTIVE BOARD MAKERS
SUED IN THEIR INDIVIDUAL
CAPACITIES AND OFFICIAL
CAPACITIES,

      Appellees

: No. 10 EAP 2019
:
:
:
: Notice of Appeal from the Order of
: Commonwealth Court dated March 22,
: 2019, at No. 458 M.D. 2013 granting in part
: and denying in part application for summary
: relief
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 17th day of July, 2019, Appellees' Motion to Quash Appeal is GRANTED, without prejudice to Appellant's ability to raise the claims therein on appeal from a final order of the Commonwealth Court. *See United States Orgs. for Bankr. Alts., Inc. v. Dep't of Banking*, 26 A.3d 474 (Pa. 2011).

Appellant's Motion for Appointment of Counsel is DISMISSED as moot.